# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA §

§

vs. §     NO:  WA:25-CR-00139(10)-ADA

§

(10) VICKI RENEE OLIVAREZ §

### **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 13, 2026, wherein the defendant (10) VICKI RENEE OLIVAREZ waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (10) VICKI RENEE OLIVAREZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (10) VICKI RENEE OLIVAREZ's plea of guilty to Count One (1) is accepted.

Signed this 30th day of January, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE